# JASINSKI

A PROFESSIONAL CORPORATION | COUNSELORS-AT-LAW

www.jplawfirm.com

**MEMO ENDORSED**

August 25, 2020

> Defendants' request to extend the time to respond to Plaintiffs' letter, Doc. 91, until September 11, 2020 is granted.
>
> It is SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 8/25/2020
> New York, New York

*Via Electronic Filing*
Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square Courtroom 619
New York, NY 10007

   Re: *Zambrano, et al. v. Strategic Delivery Solutions, LLC, et al.*
     **Case No. 15-cv-08410-ER**

Dear Judge Ramos:

  We represent Defendants Strategic Delivery Solutions, LLC, David Kronick, Andrew Kronick and Mike Ruccio ("Defendants") in the above matter. We write to respectfully request a two-week adjournment of the August 28, 2020 deadline to respond to the arguments of Plaintiffs Alulema and Tacoaman raised in their letter of August 24, 2020. Plaintiffs' Counsel, Hugh Baran, Esq., kindly consents to this request.

  This is Defendants' first request for an adjournment of this date.

  There are several reasons for our request. <u>First</u>, due to the disruption caused by the COVID-19 pandemic, our office has been working remotely since March 23, 2020, with limited access to our files. <u>Second</u>, I recently completed an extended course of chemotherapy after having been diagnosed with cancer. As a result of these treatments, my immune system has been compromised requiring me to reschedule and in some cases redistribute my workload.

  The Court's time and attention to this matter are very much appreciated.

           Respectfully,

           JASINSKI, P.C.

           /s/ *Peter P. Perla*
           PETER P. PERLA

PPP/msg
cc: All Counsel of Record (via E-File)

60 Park Place, 8th Floor
Newark, NJ 07102
ph 973-824-9700 | fax 973-824-6061

707 White Horse Pike, Suite A1
Absecon, NJ 08201
ph 609-677-9800 | fax 609-677-9811