UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTIAN ZAMBRANO, LUZ DURANGO, MOIRA RIVEROS, and RIGOBERTO ROMERO, *on behalf of themselves and all others similarly situated*,

                     Plaintiffs,

    v.

STRATEGIC DELIVERY SOLUTIONS, LLC, DAVID KRONICK, ANDREW KRONICK, and MIKE RUCCIO,

                     Defendants.

**ORDER**

15 Civ. 8410 (ER)

RAMOS, D.J.

    On October 26, 2015, Christian Zambrano, Luz Durango, Moira Riveros, and Rigoberto Romero brought this putative collective and class action against their employer Strategic Delivery Solutions, LLC, and its officers David Kronick, and Mike Ruccio ("Defendants") alleging violations of the Fair Labor Standards Act and the New York Labor Law. Doc. 1. On March 22, 2016 and April 4, 2016, Maria Tacoaman and Blanca Alulema consented to becoming party plaintiffs. Docs. 39, 46. On September 22, 2016, the Court granted Defendants' motion to compel arbitration and stayed the case. Doc. 64. On August 24, 2020, the Court granted plaintiffs Tacoaman and Alulema's request for a pre-motion conference and directed the parties to appear telephonically on September 22, 2020 at 10:30 a.m. to conduct the conference. Doc. 94. At that time, Defendants' counsel failed to appear.

Accordingly, the telephonic pre-motion conference is rescheduled for **October 2, 2020 at 11 AM**. The parties are directed to call the Court using the following conference call information: (877) 411-9748; Access Code: 3029857#.

It is SO ORDERED.

Dated: September 24, 2020
       New York, New York

                                                   Edgardo Ramos, U.S.D.J.