AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

| | |
|---|---|
| Christian Zambrano, et al.<br>  Plaintiff (s),<br>V.<br>Strategic Delivery Solutions, LLC et al.<br>  Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 15-cv-8410 (ER) |

Notice is hereby given that, subject to approval by the court, __Darwin Ronquillo__ substitutes
                                                                  (Party (s) Name)

__Hugh Baran_____, State Bar No. __NY 5560420__ as counsel of record in
     (Name of New Attorney)

place of __John Luke o/b/o Slater Slater Schulman LLP; Christopher Marlborough o/b/o The Marlborough Law Firm PC__.
                            (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:       Kakalec Law PLLC
  Address:         195 Montague Street, 14th Floor, Brooklyn, NY 11201
  Telephone:       (212) 705-8730                Facsimile  (646) 759-1587
  E-Mail (Optional): hugh@kakaleclaw.com

I consent to the above substitution.
Date:  Jan 6, 2022
                                                   _Darwin Ronquillo (Jan 6, 2022 00:36 EST)_
                                                         (Signature of Party (s))

I consent to being substituted.  Jan 10, 2022
Date:                            Jan 10, 2022     _John C. Luke, Jr._
                                                   _Christopher Marlborough_
                                                   Christopher Marlborough (Jan 10, 2022 12:03 EST)
                                                       (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 1/6/22
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                    _____
                                                          Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

## ELECTRONIC SIGNATURE ATTESTATION

I hereby attest that I have on file Adobe Sign Audit Trails validating the authenticity of my client Darwin Ronquillo's electronic signature, and the authenticity of the electronic signatures of his previous counsel (John Luke o/b/o Slater Slater Schulman LLP and Christopher Marlborough o/b/o The Marlborough Law Firm PC), on this e-filed document.

Dated: January 13, 2022
       Brooklyn, New York

/s/ Hugh Baran
Hugh Baran
Kakalec Law PLLC
195 Montague St, 14th Floor
Brooklyn, NY 11201
(212) 705-8730
Hugh@KakalecLaw.com