UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN ZAMBRANO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>STRATEGIC DELIVERY SOLUTIONS, LLC, *et al.*,<br><br>*Defendants.* | Civ. No. 15-CV-8410 (ER) |

### NOTICE OF FILING OF FLSA CONSENTS TO SUE

PLEASE TAKE NOTICE that pursuant to 29 U.S.C. § 216(b), the following individuals hereby file their attached Consents to Sue in this litigation. *See* Ex. 1.

1. Angel Berrios, Jr.
2. Argelis Berrios
3. Bassam Kazan
4. Bright Aku
5. Coretta Johnson
6. Damion P. Collier
7. Darnel Celestin
8. David Hahn
9. Dean Schemanski
10. Devinder Singh
11. Diego Gonzalez
12. Elvin Severino
13. Emrah Music
14. Emre Yucel
15. Ernesto Medina de la Cruz
16. Fadl Al Nami

17. Fahed Jebrel Aljaradat
18. Gorden Allen
19. James Edward Canada, Jr.
20. Jassier Malan Gonzalez-Medel
21. Jean Brutus
22. Jennifer Talkington
23. Jesse Sherman
24. Jose De La Mota Estevez
25. Juliana Rivas
26. Katie Merrifield
27. Kevin Julia
28. Lance Ronald Gilgar
29. Luz Magdalena Garcia
30. Manuel Leoncio Molina
31. Marben C. Blanco
32. Melissa N. Escobar
33. Michael A. Ranieri
34. Michael D. Bormann
35. Michael J. Zellner, Jr.
36. Moctar Diaby
37. Muhammed Gunaydin
38. Murad Osman
39. Nchukym Harris
40. Oscar David Gutierrez Pena
41. Plall A. Kassem
42. Robert Alberts
43. Roger Tadjbakhsh
44. Russell Sanchez
45. Samuel Abayomi
46. Stephen Weiskopff
47. Steven Gary Wishner

48. Tahani A. Naji
49. Thomas Michael Cooper
50. Timothy Chung
51. Victor M. Bermudez
52. Vilma Vitores
53. Waled Fadhel
54. Wicliff G. Reid

Dated: Brooklyn, New York
November 29, 2022

/s/ Hugh Baran
Hugh Baran
Patricia Kakalec
Kakalec Law PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201
(212) 705-8730
Hugh@KakalecLaw.com
Patricia@KakalecLaw.com

Jose Cristobal Gutierrez
Make the Road New York
92-10 Roosevelt Avenue
Jackson Heights, NY 11372
(718) 565-8500
Cristobal.Gutierrez@maketheroadny.org