# EXHIBIT 1

Fifty Consents to Sue under the FLSA

**RECEIVED DEC 1 6 2022**

*OPT IN 226*

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

_12/1/2022_
Date

Abdallah Qotate
Print full legal name
3950795

\* \* \* \*

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

1892

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

$\frac{12}{17}\frac{22}{}$
Date

Abdunnur Walker
Print full legal name
3951311

· · · ·

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_Adela Joldic_
Signature

_12/28/2022_
Date

ADELA JOLDIC
Print full legal name
3950107

\* \* \* \*

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
|---|---|
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature

Date  12 / 29 / 2022

Print full legal name  Adil BOUGANMOURA

3949291

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
|---|---|
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

**RECEIVED** JAN 1 7 2023          OPTIN 375

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          01 - 03 - 23
Signature                                 Date

Ahmed Enuayeuu
Print full legal name
3949681

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

**RECEIVED JAN 1 8 2023**

OPT IN 377

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          12/15/22
Signature                          Date

Alaa ALi Turki
Print full legal name
3951238

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

2367

**RECEIVED JAN 0 3 2023**        $OPTIN 300$

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          $12-16-22$
Signature                                Date

Alaeldin Ausa
Print full legal name
3950549

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

1038

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          **1 - 15 - 2023**
Signature                                          _____
                                                          Date

*Alain Rodriguez Oliva*
Print full legal name
3950883

**• • • •**

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

2069

**CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT**

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

Date: 1/17/2023

_____
Print full legal name: Alan Florez

\* \* \* \*

**RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS**
**BY FEBRUARY 21, 2023**

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

Cell:
Alan Florez 646-210-4536

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature: _____

Date: 1/23/23

Print full legal name: Alberto Lopez

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

_____          _1 - 1 - 2023_

Firma                            Fecha

Alexander Guerrero Toro

Escriba su nombre legal completo en letra de molde
3949907

\* \* \* \*

### ENVÍE ESTE FORMULARIO DE UNA DE LAS SIGUIENTES MANERA ANTES DEL 21 DE FEBRERO DE 2023

| 1. Enviar por correo a: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| --- | --- |
| 2. Envíe un fax a: | (646) 759-1587 |
| 3. Escanee y envíe por correo electrónico a: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          1/13/2023
Signature                                 _____
                                          Date

**Alexander Nunez**
Print full legal name

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          _____
Signature                                                            Date        12/18/2022

Alexis Cano
Print full legal name

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

_____          01 / 25 / 2023
Firma                                     Fecha

ALFREDO FERNANDEZ
_____
Escriba su nombre legal completo en letra de molde

* * * *

### ENVÍE ESTE FORMULARIO DE UNA DE LAS SIGUIENTES MANERA ANTES DEL 21 DE FEBRERO DE 2023

| | |
|---|---|
| 1.  Enviar por correo a: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| 2.  Envíe un fax a: | (646) 759-1587 |
| 3.  Escanee y envíe por correo electrónico a: | Litigation@KakalecLaw.com |

RECEIVED JAN 0 3 2023                    OPTIN 295

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_Allan Jones_                    _12-27-2022_
Signature                        Date

_ALLAN K. JONES_
Print full legal name
3950108

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

308

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature

Alvaro D. Morocho
Print full legal name

1/05/2023
Date

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
|---|---|
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

# CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

_12-15-22_____
Date

Amaan Mirza
Print full legal name
3950464

\* \* \* \*

# RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

_Ana Jimenez_
Firma

_12/16/22_
Fecha

_Ana A Jimenez_
Escriba su nombre legal completo en letra de molde
3949901

* * * *

### ENVÍE ESTE FORMULARIO DE UNA DE LAS SIGUIENTES MANERA ANTES DEL 21 DE FEBRERO DE 2023

| | |
|---|---|
| 1. Enviar por correo a: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| 2. Envíe un fax a: | (646) 759-1587 |
| 3. Escanee y envíe por correo electrónico a: | Litigation@KakalecLaw.com |

## CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

_____
Firma

_____
Fecha  1/8/2023

_____
Escriba su nombre legal completo en letra de molde
Anibel DHrán
3949650

* * * *

## ENVÍE ESTE FORMULARIO DE UNA DE LAS SIGUIENTES MANERA ANTES DEL 21 DE FEBRERO DE 2023

| | |
|---|---|
| 1. Enviar por correo a: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| 2. Envíe un fax a: | (646) 759-1587 |
| 3. Escanee y envíe por correo electrónico a: | Litigation@KakalecLaw.com |

1656

### CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

_____    1 - 10 - 2023
Firma                                                          Fecha

Anny Estrada
Escriba su nombre legal completo en letra de molde

\* \* \* \*

### ENVÍE ESTE FORMULARIO DE UNA DE LAS SIGUIENTES MANERA ANTES DEL 21 DE FEBRERO DE 2023

| | |
|---|---|
| 1.  Enviar por correo a: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| 2.  Envíe un fax a: | (646) 759-1587 |
| 3.  Escanee y envíe por correo electrónico a: | Litigation@KakalecLaw.com |

RECEIVED DEC 2 7 2022                    OPTIN276

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          12/17/22
Signature                                Date

ANWER KHAN
Print full legal name
3950179

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

975

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_Arelis nunez_  
Signature

**1/19/23**  
Date

## Arelis Nunez
Print full legal name

****

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

### CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature

Date 1/21/2023

Armando Valdes
Print full legal name

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

RECEIVED DEC 1 9 2022

*OPT IN234*

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

December 14, 2022
Date

ARNOLD ADJEPONG
Print full legal name
3948974

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

Date 12.24.2022

ASHRAF KANDEEL
Print full legal name
3950137

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Asima Cejanovic
Signature

11/21/2022
Date

Asima Cejvanovic
Print full legal name

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

RECEIVED JAN 2 3 2023    OPTIN414

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature: _____

Date: 12/31/2022

Print full legal name: Ayyub I Cherry
3949451

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
|---|---|
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

# CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

_____1/14/23_____
Date

Belkisa Cejvanovic
Print full legal name

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
|---|---|
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_Blanca M Tacoaman_
Signature

_12/28/22_
Date

BLANCA  M  TACOAMAN
Print full legal name
3949901

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

_Blanca Sarmiento_
Firma

_01 - 23 - 23_
Fecha

_Blanca C Sarmiento Sarmiento_
Escriba su nombre legal completo en letra de molde
3951014

\*\*\*\*

## ENVÍE ESTE FORMULARIO DE UNA DE LAS SIGUIENTES MANERA ANTES DEL 21 DE FEBRERO DE 2023

| | |
|---|---|
| 1. Enviar por correo a: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| 2. Envíe un fax a: | (646) 759-1587 |
| 3. Escanee y envíe por correo electrónico a: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature

Date 12/11/22

BRYAN BERNING
Print full legal name
3949244

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

2494

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          12/31/2022
Signature                                Date

CALEB OKUO
Print full legal name


* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement and judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

January 25 2023
Date

CARLOS ALFONSO CABRA RODRIGUEZ.
Print full legal name

\* \* \* \*

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          Date  01 / 24 / 2023
Signature

CARLOS ALFREDO PASIECZNIK
Print full legal name
3950686

\* \* \* \*

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature

Print full legal name
CARLY LOUIS
3950319

Date  12-30-2022

NEW ADDress
CARLY LOUIS
94 Thomas Street
Brentwood, NY, 11717
631-415-6121
calusi72@gmail.com

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

2117

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____          1-6-23
Signature                                Date

Cedieu F. Estime
Print full legal name
3949443

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

1940

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_C Baker_
Signature

_12-16-2022_
Date

CHADWICK BAKER
Print full legal name
3949171

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

882

**RECEIVED DEC 1 9 2022**          OPT/N235

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_Charles H Lawton_                    _12 - 14 - 2022_
Signature                             Date

_Charles H Lawton_
Print full legal name
3950256

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____         _____
Signature                                01/20/2023
                                         Date

_____
CHEICK  KONATE
Print full legal name

* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Cheryl barnett (Jan 24, 2023 10:45 MST)
_____
Signature

Jan 24, 2023
_____
Date

Cheryl barnett
_____
Print full legal name

\* \* \* \*

**RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS**
**BY FEBRUARY 21, 2023**

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____            01/21/23
Signature                          _____
                                   Date

Christian Nunez
_____
Print full legal name


* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.


Signature _____         Date _1_/_12_/_2023_

Christopher Granados
Print full legal name


* * * *

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Christopher Hidalgo (Dec 27, 2022 15:39 EST)

| | |
|---|---|
| Signature | 12/20/2022 |
| | Date |

Christopher Hidalgo
Print full legal name

\* \* \* \*

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENTIMIENTO PARA ENTABLAR UNA DEMANDA SEGÚN LA LEY DE NORMAS JUSTAS DE TRABAJO

1. Soy un individuo que está empleado o ha sido anteriormente empleado por Strategic Delivery Solutions, LLC o entidades e individuos relacionados. Doy mi consentimiento para ser parte Demandante en una acción legal en contra de Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, y Mike Ruccio (conjuntamente denominados, "los Demandados") para recuperar el impago de salarios, incluyendo aquellos de horas extras, las indemnizaciones por daños y perjuicios, los honorarios profesionales, las costas y otras compensaciones según la Ley de Normas Justas de Trabajo ("FLSA, por sus siglas en inglés").

2. Por la presente designo a Kakalec Law PLLC y a Make the Road New York para que me representen en esta acción legal e incluso para que tomen decisiones en mi nombre en relación con el litigio.

3. Al firmar y enviar este Consentimiento para entablar una demanda entiendo que, contaré con la representación de los abogados arriba mencionados sin pago anticipado de las costas o los honorarios profesionales. Entiendo que, si los Demandantes tienen éxito, las costas incurridas por los abogados actuando en mi nombre serán deducidas de la cantidad obtenida de mi acuerdo o fallo en forma proporcional con todos los demás Demandantes. Entiendo que, los abogados pueden solicitarle al juez que los Demandados paguen los honorarios y las costas en mi nombre. Entiendo que, a menos que el juez ordene lo contrario, los honorarios que los abogados retendrán serán equivalentes a cualquiera fuese mayor de estos: la cantidad recibida por los Demandados o 1/3 del monto bruto obtenido en mi acuerdo o fallo.

Clara Escober
Firma

1/3/23
Fecha

CLARA ESCOBAD
Escriba su nombre legal completo en letra de molde

* * * *

## ENVÍE ESTE FORMULARIO DE UNA DE LAS SIGUIENTES MANERA ANTES DEL 21 DE FEBRERO DE 2023

| | |
|---|---|
| 1. Enviar por correo a: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| 2. Envíe un fax a: | (646) 759-1587 |
| 3. Escanee y envíe por correo electrónico a: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature

Date 12-22-2022

Print full legal name   Claudia Castano/Montero
3950497

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
|---|---|
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1.  I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2.  I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3.  By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

**01/08/23**
Date

Claudio A. Ruz
Print full legal name
3950945

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

1927

**RECEIVED** DEC 1 9 2022          OPT IN 232

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

12/14/2022
Date

Corey A. Pringle
Print full legal name
3950781

* * * *

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

1496

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_Dana Szumowski_                    _12.16.2022_
Signature                            Date

_Dana Szumowski_
Print full legal name
3951145

\* \* \* \*

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

OPT IN 274

**RECEIVED DEC 2 7 2022**

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

_____
Signature

DARLINGTON  SITHOLE
Print full legal name
3951086

_12/31/2022_____
Date

\* \* \* \*

## RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
## BY FEBRUARY 21, 2023

| | |
|---|---|
| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

240

## CONSENT TO SUE UNDER THE FAIR LABOR STANDARDS ACT

1. I am an individual employed or formerly employed by Strategic Delivery Solutions, LLC and/or related entities and/or individuals. I consent to be a party Plaintiff in an action against Strategic Delivery Solutions, LLC ("SDS"), David Kronick, Andrew Kronick, and Mike Ruccio (collectively, "Defendants") to recover for unpaid wages including overtime pay, liquidated damages, attorneys' fees, costs and other relief under the Fair Labor Standards Act ("FLSA").

2. I hereby designate Kakalec Law PLLC and Make the Road New York to represent me in this action, including making decisions on my behalf concerning the litigation.

3. By signing and returning this Consent to Sue, I understand that I will be represented by the above attorneys without prepayment of costs or attorneys' fees. I understand that if Plaintiffs are successful, costs expended by attorneys on my behalf will be deducted from my settlement or judgment amount on a pro rata basis with all other Plaintiffs. I understand that the attorneys may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will be either the amount received from the Defendants or 1/3 of my gross settlement or judgment amount, whichever is greater, unless ordered otherwise by the Court.

Signature

Date 12/21/22

Darrell B Gibson
Print full legal name
3949827

\* \* \* \*

### RETURN THIS FORM IN ONE OF THE FOLLOWING WAYS
### BY FEBRUARY 21, 2023

| Mail to: | SDS Litigation<br>KAKALEC LAW PLLC<br>195 Montague Street, 14th Floor<br>Brooklyn, New York 11201 |
|---|---|
| Fax to: | 1-646-759-1587 |
| Scan and Email to: | Litigation@KakalecLaw.com |

1255