# JASINSKI

A PROFESSIONAL CORPORATION | COUNSELORS-AT-LAW

www.jplawfirm.com

December 2, 2025

**MEMO ENDORSED**

**VIA ECF**
Honorable Edgardo Ramos, U.S.D.J.
United States District Court,
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: ***Zambrano, et al. v. Strategic Delivery Solutions, et al.***
***Case No.: 15-cv-8410 (ER)***

Dear Judge Ramos:

This Firm represents Defendants, in connection with the above referenced matter. We respectfully write to request that the Court adjourn the pre-motion conference currently scheduled for December 9, 2025 at 11:30 A.M. We make this request because David Jasinski, the partner handling this case, is out of the country on vacation until the week of December 15, 2025. This is the first request to adjourn the December 9, 2025 pre-motion conference. Plaintiffs' counsel consents to this adjournment request. The parties are available for the pre-motion conference on December 19, 2025 or December 23, 2025.

The Court's time and attention to this matter are very much appreciated.

Respectfully submitted,

JASINSKI, P.C.

*/s/ Amy C. Blanchfield*

AMY C. BLANCHFIELD

c. All counsel of record (via ECF only)

The premotion conference is adjourned to December 19, 2025, at 10:30 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 12/3/2025
New York, New York

2 Hance Avenue, 3rd floor
Tinton Falls, NJ 07724
ph 973-824-9700 | fax 732-842-1805

308 South New York Road, Suite B
Galloway, NJ 08205
ph 609-677-9800 | fax 609-677-9811

670 White Plains Road, Suite 326
Scarsdale, NY 10583

**Please respond to: Tinton Falls**