UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN ZAMBRANO, *et al.*<br><br>Plaintiffs,<br><br>*-against-*<br><br>STRATEGIC DELIVERY SOLUTIONS, LLC, *et al.*,<br><br>Defendants. | 15-cv-08410 (ER) |

RAMOS, D.J.:

The premotion conference presently scheduled for August 20, 2026 at 10:00 AM is hereby adjourned to September 3, 2026 at 11:00 A.M. in Courtroom 619, 40 Centre Street, New York, NY 10007.

SO ORDERED.

Dated: August 18, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.